IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN LEE BURNS,**

    **Plaintiff,**

v.                                                      Case No. 1:24-cv-68-AW-MAF

**CHERYL and JOHN GOOLDIN,**
**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Kevin Lee Burns filed an incomprehensible complaint. He was granted IFP status, and the magistrate judge directed him to file an amended complaint. The magistrate judge recommends dismissing the case for several reasons. ECF No. 10. Burns has not objected to the report and recommendation.

I conclude dismissal is appropriate because the matter is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B). The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on June 24, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge